United States District Court
Southern District of Texas
**ENTERED**
September 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| L.C. ELDRIDGE SALES CO., LTD., § <br> § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> NFE PIONEER I, *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 2:23-CV-00225 |

## ORDER

Before the Court is the Plaintiff's "Notice of Voluntary Dismissal of the Action" (D.E. 9). Plaintiff's Notice of Dismissal is effective because Defendant has not yet filed an answer or a motion for summary judgment in this matter. Fed. R. Civ. P. 41(a)(1)(A)(i). Pursuant to the Plaintiff's Notice of Dismissal, the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

ORDERED on September 11, 2023.

_____
Julie K. Hampton
United States Magistrate Judge